IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHARON DENISE THOMAS                                                        PLAINTIFF

VS                                                              CIV. ACTION NO.: 2:11cv9-D-S

KYOCERA WIRELESS CORPORATION and
KYOCERA INTERNATIONAL, INC.                                          DEFENDANTS

## ORDER

This matter is before the court on the agreed *ore tenus* motion of the parties to allow plaintiff time to amend her expert's report and to extend the remaining case management order deadlines an addition thirty (30) days . Trial in this case is set for March 5, 2012. After considering the motion and the trial date, the court finds the motion to be well taken.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted:

> Defendant's expert deadline: September 15, 2011;
> Discovery deadline: October 14, 2011; and
> Motions deadline other than motions *in limine*: October 28, 2011.

SO ORDERED, this the 29th day of July 2011

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE